DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

FEB 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-367-14 CRB |
| Plaintiff, | |
| v. | VIOLATION: 21 U.S.C. § 843(b) – Illegal Use of a Communication Facility |
| YORDI YABIER AGURCIA GALINDO, | |
| Defendant. | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On June 10, 2019, in the Northern District of California and elsewhere, the defendant,

YORDI YABIER AGURCIA GALINDO,

did knowingly and intentionally use a communication facility in committing, causing and facilitating the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United States Code, Section 843(b).

DATED: 2/11/20

DAVID L. ANDERSON
United States Attorney

RYAN REZAEI
Assistant United States Attorney

INFORMATION