# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: February 12, 2020                     Judge: Honorable Charles R. Breyer

Court Reporter: Katherine Sullivan
Time: 21 Minutes
Case No.: CR19-0367-14 CRB
Case Name: USA v. Yordi Yavier Agurcia Galindo (Present)(Custody)

Attorney(s) for Government: Ryan Rezaei
Attorney(s) for Defendant(s): Peter Arian
Interpreter: Spanish – Carol Rhine Medina/Conchita Lozano

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

The defendant was sworn. Plea Agreement signed and filed in open court. Defendant plead guilty to Count One of the Superseding Information.

Counsel and defendant waived the presentence report. The Court sentenced the defendant to the Bureau of Prisons to time served. Defendant placed on supervised release for a term of 3 years under the mandatory conditions of supervised release. The defendant will likely be deported and will not be in the United States to be supervised. At all times the defendant shall comply with the rules and regulations of the Bureaus of Immigration and Customs Enforcement and if deported, shall not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. If the defendant is deported, and within three years of release from imprisonment returns to this country, legally or illegally, the defendant shall be subject to the conditions of supervised release and shall report to the nearest probation office within 72 hours of reentry. The defendant shall cooperate with the collection of DNA. The defendant shall pay a $100 special assessment. The defendant remanded to the U. S. Marshal.